### 28149. POLLARD, receiver, *v.* FISHER.

GUERRY, J. This case is controlled in principle by *Pollard* v. *Clifton*, 62 *Ga. App.* 573 (9 S. E. 2d,    ). The court erred in overruling the general demurrer to both counts of the petition.

*Judgment reversed. Broyles, C. J., and MacIntyre, J., concur.*